IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUBEN SANTIAGO, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 19-1301 |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of Social Security | : | |
| Administration, | : | |
| Defendant. | : | |

# ORDER

AND NOW, this 27th day of February, 2020, following upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review ("Pl. Br.") (Doc. 12); Defendant's Response to Request for Review of Plaintiff ("Def. Br.") (Doc. 13); and Plaintiff's Reply Brief ("Pl. Reply") (Doc. 16), and for reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's request for review is **GRANTED**; this matter is **REMANDED** to the Commissioner for assignment to a new ALJ for a *de novo* hearing; and the Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE